UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Joseph Henderson and Matthew Maniskas,
    **Plaintiff(s),**
v.

Intel Corporation
    **Defendant(s).**

Civil Case No. 3:18-cv-00413- MC

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney __Daniel C. Hedlund__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Hedlund, Daniel, C.
    *(Last Name)  (First Name)  (MI)  (Suffix)*
Firm or Business Affiliation: Gustafson Gluek PLLC
Mailing Address: 120 So. 6th St., Ste. 2600
City: Minneapolis    State: MN    Zip: 55402
Phone Number: 612-333-8844    Fax Number: 612-339-6622
Business E-mail Address: dhedlund@gustafsongluek.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
State of Minnesota, Supreme Court, 10/27/1995, MN Bar #258337

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. Dist. Court, D. Minn., 08/01/1997, MN Bar # 258337
Court of Appeals, 2nd Cir., 06/22/2011
Court of Appeals, 8th Cir., 01/22/2010

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Joseph Henderson and Matthew Maniskas - Plaintiffs

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 13th day of March, 2018

_____
(Signature of Pro Hac Counsel)

Daniel C. Hedlund
(Typed Name)

**REQUIREMENT TO ASSOCIATE WITH LOCAL COUNSEL:**

LR 83-3(a)(1) requires you to associate with local counsel unless are requesting waiver of the requirement under LR 45-1. To associate with local counsel, obtain the signature of local counsel in the following section. To request waiver of the requirement to associate with local counsel under LR 45-1, check the following box.

☐ I seek admission for the limited purpose of filing a motion related to a subpoena that this Court did not issue. Pursuant to LR 45-1(b), I request waiver of the requirement of LR 83-3(a)(1) to associate with local counsel and therefore do not include a certification from local counsel below.

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this __13th__ day of __March__, __2018__

_____
*(Signature of Local Counsel)*

Name: __Walgenkim__ _____ __Young__ _____ _____ _____
        *(Last Name)*           *(First Name)*        *(MI)*  *(Suffix)*

Oregon State Bar Number: __124900__

Firm or Business Affiliation: __Hanson & Walgenkim, LLC__

Mailing Address: __838 Commercial St. NE__

City: __Salem__     State: __OR__     Zip: __97301__

Phone Number: __503-383-1496__     Business E-mail Address: __young@hansonwalgenkim.com__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge

---