# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: INTEL CORP. CPU MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 3:18-md-2828-SI |
| | **JUDGMENT** |
| This Document Relates to All Actions. | |

Based on the Court's OPINION AND ORDER dated January 26, 2022 (ECF 225) and the Court's OPINION AND ORDER dated July 7, 2022 (ECF 268),

**IT IS ADJUDGED** that this case is DISMISSED with prejudice. The Court directs the Clerk of the Court to send a copy of this Judgment to the Clerk of the Judicial Panel on Multidistrict Litigation.

DATED this 7th day of July, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT